UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAVOURAS,** *et al.* | **CIVIL ACTION** |
| **VERSUS** | **No. 06-9496** |
| **CHARLES KERT LEBLANCE/KERT LEBLANC INSURANCE AGENCY, INC.,** *et al.* | **SECTION:  I/2** |

## ORDER

Before the Court is a motion to remand filed on behalf of plaintiffs, Demitrios Cavouras and Cheryl Raske. Plaintiffs contend that, because they have voluntarily dismissed their flood claims,[1] federal jurisdiction over their action no longer exists. Defendants have no opposition to plaintiffs' motion to remand. The Court agrees that--in light of plaintiffs' amended claims and the apparent lack of complete diversity between the parties--there is no basis for federal jurisdiction; to the extent that the Court has discretion to exercise jurisdiction pursuant to 28 U.S.C. § 1367, it declines to do so.

Accordingly, and with the consent of all parties,

**IT IS ORDERED** that the motion to remand filed on behalf of plaintiffs, Demitrios

---

[1] Rec. Doc. No. 25.

Cavouras and Cheryl Raske,[2] is **GRANTED**, and this case is **REMANDED** to the 34th Judicial District for the Parish of St. Bernard, Louisiana.

New Orleans, Louisiana, May __23rd__, 2007.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[2]Rec. Doc. No. 27.